**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KEITH HENDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **VS.** | : | |
| | : | **CASE NO.: 7:15-CV-070-HL-TQL** |
| **STATE OF GEORGIA,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____: | | |

## ORDER

Before the Court is Plaintiff Keith Henderson's Motion for Reconsideration of the Court's July 23, 2015 Order denying Plaintiff's motion for leave to proceed *in forma pauperis* and dismissing Plaintiff's complaint pursuant to the "three strikes" provision of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g).   (ECF No. 11.) Plaintiff also filed several other documents, including a motion to appoint counsel, after judgment was entered in this case.  The Court has reviewed each of Plaintiff's largely incoherent submissions and finds that nothing in them warrants a change in the Court's Judgment.    Accordingly,  it  is  hereby  **ORDERED**  that  Plaintiff's  Motion  for Reconsideration (ECF No. 16) be **DENIED.**  Plaintiff's motion to appoint counsel (ECF No. 14) is **DENIED as moot.**

**SO ORDERED**, this 31st day of August, 2015.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE